UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| Christine Denley<br><br>　　　　Plaintiff,<br>V.<br><br>Commissioner of Social Security<br><br>　　　　Defendant . | CASE NO. 3:21-CV-295 (RAR) |

## JUDGMENT

This action came before the Court for consideration of the plaintiff's complaint. The Court has issued an order dismissing without prejudice plaintiff's complaint for failure to prosecute pursuant to Fed.R.Civ.P.41(b). *See* Dkt. #18.

For the reasons articulated in the Court's order, it is hereby **ORDERED** that judgment shall enter for the defendant, hereby entered dismissing without prejudice plaintiff's complaint for failure to prosecute pursuant to Fed. R. Civ.P.41(b),

Dated at Hartford, Connecticut, this 24th day of May, 2022.

　　　　　　　　　　　　　　　　　　　DINAH MILTON KINNEY, Clerk

　　　　　　　　　　　　　　　　　　　By /s/ Angela Blue
　　　　　　　　　　　　　　　　　　　　　　Angela Blue
　　　　　　　　　　　　　　　　　　　　　　Deputy Clerk

EOD: 5/24/22